UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CATHERINE M. CURLEY, Individually and as Personal Representative of the Estate of Leo M. Curley, Jr. | : <br> : <br> : <br> : <br> : |
| v. | :     C.A. No.: 1:16-cv-00676-M-PAS |
| RICHARD T. ZUERNER, M.D., UROLOGY ASSOCIATES, INC., AARON W. WAY, D.O., OSTEOPATHIC FAMILY MEDICINE, LLC, JOHN/JANE DOE, M.D., Alias, and JOHN DOE CORPORATION, Alias | : <br> : <br> : <br> : <br> : <br> : |

## STIPULATION

The parties hereby agree that plaintiffs shall have up to and including June 4, 2018 in which to answer, object and/or otherwise respond to the following documents:

- Defendant Aaron W. Way, D.O.'s Interrogatories Propounded to Plaintiff Catherine M. Curley, as Personal Representative of the Estate of Leo M. Curley, Jr.;
- Defendant Osteopathic Family Medicine, LLC's Interrogatories Propounded to Plaintiff Catherine M. Curley, as Personal Representative of the Estate of Leo M. Curley, Jr.; and
- Defendant Osteopathic Family Medicine, LLC's Request for Production to Plaintiff Catherine M. Curley, as Personal Representative of the Estate of Leo M. Curley, Jr.

| Plaintiff, <br> By her Attorneys, | Defendants Aaron W. Way, D.O. and Osteopathic Family Medicine, LLC, <br> By their Attorneys, |
|---|---|
| /s/ <br> Amato A. DeLuca (#0531) <br> Candace Brown Casey (#7986) <br> DeLuca & Weizenbaum, Ltd. <br> 199 North Main Street <br> Providence, RI 02903 <br> (401) 453-1500 <br> (401) 453-1500 (fax) <br><br> DATED: 5/24/18 | /s/ Michael Sarli <br> Michael G. Sarli (#2719) <br> Andrea Merolla Simister (#    ) <br> Gidley, Sarli & Marusak, LLP <br> One Turks Head Place <br> Suite 900 <br> Providence, RI 02903 <br> (401) 274-6644 <br> (401) 331-9304 (fax) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CATHERINE M. CURLEY, Individually and as Personal Representative of the Estate of Leo M. Curley, Jr.<br><br>v.<br><br>RICHARD T. ZUERNER, M.D.,<br>UROLOGY ASSOCIATES, INC.,<br>AARON W. WAY, D.O.,<br>OSTEOPATHIC FAMILY MEDICINE, LLC,<br>JOHN/JANE DOE, M.D., Alias, and<br>JOHN DOE CORPORATION, Alias | :<br>:<br>:<br>:<br>: C.A. No.: 1:16-cv-00676-M-PAS<br>:<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies have been sent to those indicated as non-registered participants (if applicable) on this 24th day of May, 2018.

/s/ Natalie Iervolino

2